UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREENWICH INSURANCE COMPANY,
            Plaintiff,

v.	CIVIL ACTION
	NO.  11-10375-MBB

LAW OFFICE OF STEPHANIE KONARKSI,
 STEPHANIE KONARKSI and OLD
REPUBLIC NATIONAL TITLE INSURANCE
COMPANY,
            Defendants.

## ORDER OF DISMISSAL

November 15, 2011

**BOWLER, U.S.M.J.**

The court having been advised that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED**.  Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                              /s/ Marianne B. Bowler
                              MARIANNE B. BOWLER
                              United States Magistrate Judge